**Order entered August 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00240-CV

### TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE MERKEL CHILDREN'S TRUST, Appellant

### V.

### RUPERT M. POLLARD, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12515**

## ORDER

Before the Court is appellee's August 22, 2019 fourth motion for an extension of time to file his brief. Appellee seeks a four-day extension. We **GRANT** the motion and extend the time to **August 27, 2019**. We caution appellee that further extension requests in this accelerated appeal will be strongly disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE